# THE
# CRIMINAL RECORDER.

The People, *vs.* John Lee.   *Grand Larceny.*

NEW-YORK, Sept. 1822.

The People, *vs.* John Lee.

JOHN LEE was charged with stealing a number of articles of wearing apparel, from on board the schooner Scott, of Baltimore, lying in the East River, on the 29th of August, 1822.

He was arrested and committed during the session of the Grand Jury, and a Bill was immediately found against him.

*Maxwell, District Attorney,* called on the trial the next day after the indictment was found.   *Price,* counsel for the prisoner, moved to postpone it, until witnesses could be had from Boston: he read a general affidavit of the prisoner, that he had a witness in Boston who was material to his defence; but the affidavit did not state that *due diligence had been used,* or that the prisoner expected to be able to procure his testimony by a *certain time.*

*By the Court.*   " We think it would be too precipitate " to hurry on the trial at this term, notwithstanding the " informality of the affidavit of the prisoner: he was ar- " rested the day before yesterday on this charge and the " Grand Jury sent up the Bill yesterday ; besides, it is " nearly the close of the term : we will, under all the cir- " cumstances, adjourn it over to the next term, and at that " time take such order upon it as the case may require :

The Court will not hurry on a trial at the end of a term, where it appears the indictment was found but one day previous; and the prisoner makes oath that he has an absent witness who is material; but does not state that he has used *due diligence;* or that he expects to have his testimony at a *certain time.*

NEW-YORK.
Sept, 1822.

" in the mean time, let the prisoner take care to use every
" means in his power to procure his testimony from Bos-
" ton, if he has any."